IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                               No. CR 12-3182 JB

CHRISTOPHER ROYBAL,

      Defendant.

## MONEY JUDGMENT (ORDER OF FORFEITURE)

THIS MATTER, having come before the Court on the United States of America's Unopposed Motion for Entry of Money Judgment (Order of Forfeiture) as to the defendant, CHRISTOPHER ROYBAL, the Court having reviewed the motion and being fully advised in the premises, finds the motion is well-taken and will be granted.

WHEREAS, the defendant, CHRISTOPHER ROYBAL, pleaded guilty pursuant to a written plea agreement (Doc. 799) to Counts 1, 37, 38, 39, and 40 in the Second Superseding Indictment, that being Conspiracy to Distribute Five Kilograms and More of Cocaine in violation of 21 U.S.C. § 846, Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. § 1956(h), and Laundering of Monetary Instruments in violation of 18 U.S.C.§ 1956(a)(3)(B).

WHEREAS, pursuant to his plea agreement, the defendant, CHRISTOPHER ROYBAL**,** agreed to the imposition of a money judgment in the amount of **$184,080**, representing the net profit the defendant derived from the offense charged in Information, this amount being due at the time of the defendant's sentencing;

WHEREAS, the defendant, CHRISTOPHER ROYBAL, agrees that entry of this Order shall be made a part of the sentence in or out of the presence of the defendant and be included in the

judgment in this case without further order of the Court and without further notice to the defendant;

WHEREAS, the imposition of the money judgment will be included in the Judgment;

WHEREAS, Rule 32.2(c)(1) provides that Ano ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant 21 U.S.C. ' 853, 28 U.S.C. ' 2461(c), and Rule 32.2(b)(1) and (c)(1), Federal Rules of Criminal Procedure, the Defendant CHRISTOPHER ROYBAL shall forfeit the sum of **$184,080** to the United States.

2. Upon the entry of this Order, in accordance with Fed. R. Crim. P. 32.2(b)(3), the Attorney General and/or the Secretary of the Treasury (or a designee) is authorized to seize the sum of this Money Judgment, and to conduct any discovery that may assist in identifying, locating or disposing of the sum of this Money Judgment, any property traceable thereto, or any property that may be forfeited as substitute assets.

3. This Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Fed. R. Criminal. P. 32.2(b)(3), (c)(1), and (c)(2).

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e) if the United States locates specific assets traceable to the sum of this Money Judgment or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p).

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

Money Judgment (Order of Forfeiture) to substitute property having a value not to exceed **$184,080** to satisfy this money judgment in whole or in part.

    6. Any payments made to satisfy this money judgment shall be by cashier's check or money order (or other bank draft, but not personal check) payable to: "**United States Marshals Service**," c/o United States Attorney's Office, Asset Recovery Unit, 201 Third Street NW, Ste. 900, Albuquerque, NM 87102. Include in the memo section of the check: "**CHRISTOPHER ROYBAL, 12cr3182**," to accurately apply any payments to the money judgment.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*Electronically signed on April 8, 2015*
STEPHEN R. KOTZ
Assistant U.S. Attorney


APPROVED BY:

*Approved via email on April 7, 2015*
JACQUELYN ROBINS, ESQ.
Attorney for Defendant